UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-00013 RM |
| | ) | |
| ISAAC GUZMAN (04) | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 15, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 50], ACCEPTS defendant Isaac Guzman's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   May 5, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court